# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**RICHARD GILES TORO, et al.,**
v.                                                **CASE NUMBER: 97-2934 (DRD)**
**THE UNIVERSITY OF PUERTO RICO, et al.,**

## ORDER

Plaintiffs filed a Notice Of Voluntary Dismissal And Motion (Docket No. 71), requesting that the Court dismiss the case as to Co-defendant, Luz Neida Pagán, without prejudice. Co-defendant, Analytical Genetic Testing Center, Inc. filed a Response To Notice Of Voluntary Dismissal And Motion (Docket No. 72), concurring with the dismissal of Co-defendant, Luz Neida Pagán, requesting only that the Court retain jurisdiction over her in order to facilitate a blood test for determining paternity should the need arise. Plaintiffs filed a Notice (Docket No. 73), stating Plaintiffs are not opposed to the retention of jurisdiction over Co-defendant, Luz Neida Pagán, for the purpose aforementioned.

Wherefore, the instant case against Co-defendant, Luz Neida Pagán, is hereby **DISMISSED WITHOUT PREJUDICE.** However, the Court retains jurisdiction over Co-defendant, Luz Neida Pagán, until the conclusion of the pending action for discovery purposes. Consequently, the motions at the following docket numbers are rendered **MOOT – Docket Nos. 28 and 68.**
IT IS SO ORDERED.

Date: August 19, 1999          **DANIEL R. DOMINGUEZ**
                               **U.S. DISTRICT JUDGE**

Rec'd:          EOD:

By:          #

P:\PEACHORD ERS\97-2934D DIS