# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RICHARD GILES TORO, et al.,

v.

THE UNIVERSITY OF PUERTO RICO, et al.,

RECEIVED & FILED

1999 SEP 15  AM 8 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**CASE NUMBER: 97-2934 (DRD)**

---

## ORDER

The Plaintiffs filed an Urgent Motion For An Enlargement Of Time (Docket No. 76), on September 10, 1999. Upon due consideration of the circumstances the motion is hereby **GRANTED**.  However, the term of the extension shall be until September 20, 1999 at 5:00 p.m.  The Court shall **strictly** enforce this deadline. Noncompliance shall signal Plaintiffs' lack of prosecution and may result in dismissal of this action.

**ABSOLUTELY NO** extensions shall be granted.

IT IS SO ORDERED.

---

Date: September 14, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

(through atty Sapewa)
Quiñones ) by phone
Segarra )

| Rec'd: | EOD: |
|--------|------|
| By: | # 78 |