UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Richard Giles Toro, et al.

CIVIL NO. 97-2934 (DRD)

v.

Defendant(s) The University of P.R., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 80 | ☒ GRANTED. |
| Date: September/28/1999 | ☐ DENIED. |
| Title: Motion For Substitution of Counsel | ☐ MOOT. |
| | ☐ NOTED. |

Attorney Ricardo F. Casellas is hereby substituted for Humberto Guzman-Rodriguez, Esq., both of Fiddler, Gonzalez & Rodriguez, LLP, as counsel for Defendant, Analytical Genetic Testing Center, Inc. IT IS SO ORDERED.

RECEIVED AND FILED
99 OCT 27 AM 7:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE