UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Richard Giles Toro, et al.   CIVIL NO. 97-2934 (DRD)

v.

Defendant(s) The University of P.R., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 86 <br> Date: October 8, 1999 <br> Title: Motion | ☑ GRANTED. <br> ☐ DENIED. <br> ☐ MOOT. <br> ☐ NOTED. |

GRANTED. The Defendant, Analytical Genetic Testing Center Inc., is granted until November 8, 1999 to file a response to Plaintiff's Notice and Motion RE: Order To Show Cause.
IT IS SO ORDERED.

RECEIVED AND FILED
99 OCT 27 AM 7:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE