UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD GILES TORO, et al.,

v.                                    CASE NUMBER: 97-2934 (DRD)

THE UNIVERSITY OF PUERTO RICO, et al.,

## ORDER

    First, Defendant, Luz Neida Pagán, filed a motion requesting costs and attorney's fees because of Plaintiffs' persistent "pattern of recklessness." (Docket No. 83). Plaintiffs opposed stating that Plaintiffs recently requested Luz Neida Pagán's voluntarily dismissal and that Defendant, Analytical Genetic Testing Services, insisted that Luz Neida Pagan remain in the case for discovery purposes and that Plaintiffs did not engage in reckless behavior. Luz Neida Pagán's request for costs and attorney's fees (Docket No. 83) is **DENIED WITHOUT PREJUDICE** and may be reasserted at the termination of the proceedings provided that the request is properly supported by documentation demonstrating the amount requested.

    Second, Plaintiff's, Richard Giles Toro, request for leave to reply to Defendant's, Analytical Genetic Testing Services, opposition to Plaintiff's response to the Court's order to show cause (Docket No. 94) is **GRANTED**. Therefore, the Plaintiff's reply (Docket No. 95), shall be considered.

**IT IS SO ORDERED.**

Date: September 29, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE



Rec'd:              EOD:

By: _____    # 97