UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Richard Giles Toro, et al

CIVIL NO. 97-2934 (DRD)

v.

Defendant(s) University of Puerto Rico

| MOTION | ORDER |
|---|---|
| Docket entry no. 98, 102 | ❏ GRANTED. |
| Date: October 18, 2000 (Docket No. 98) January 18, 2001 (Docket No. 102) | ❏ DENIED. |
| Title: Notice and Motion (Docket No. 98); Notice to the Court (Docket 102) | ☒ MOOT. As to both Docket No. 98 + 102 |
| | ❏ NOTED. |

Pending before the Court is Plaintiff's Notice and Motion (Docket No. 98) an extension of 30 days in order to reply to Defendant's Analytical Genetic Testing Surplus Response to Plaintiff's Memorandum concerning an Order To Show Cause. It is also requested that no hearing be scheduled between November 12 thru the 20th, 2000. Plaintiff filed a Reply to on Dec. 28, 2000. Therefore both requests are hereby GRANTED/MOOT. The Court notes that Plaintiff's Reply to refers to an annexed memorandum which is not filed. Plaintiff will file a courtesy copy within 5 days. Also pending before the Court is a Notice to the Court (Docket 102), filed by counsel, Griselle Gonzalez Negron, informing the Court of her maternity leave dates. Notice to the Court is hereby NOTED/MOOT.

IT IS SO ORDERED.

Date: June 21, 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE