UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**RICHARD K. GILES TORO**
Plaintiff,

v.  CIVIL NO. 97-2934 (DRD)

**THE UNIVERSITY OF PUERTO RICO, et al**
Defendants.

## JUDGMENT

For the reasons set forth in the Opinion and Order on this same date under the Rooker-Feldman Doctrine an/or under res judicata and/or collateral estoppel principles, the Court, **DISMISSES** this action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: December 28, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge